Robert L. MACK, Plaintiff—Appellant,

v.

FEDERAL BUREAU OF PRISONS; John R. Owen, Warden; Dr. Kristic Brantley, Drug Program Coordinator, Defendants—Appellees.

No. 11–7223.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

Robert L. Mack, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Mack appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mack v. Fed. Bureau of Prisons*, No. 4:10–cv–00567–HMH, 2011 WL 3419373 (D.S.C. Aug. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*